IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-00083-05-CR-W-DGK |
| | ) | |
| BENJAMIN H. MCDANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court is Defendant's Motion to Suppress (Doc. 83), the Government's opposition (Doc. 84), and United States Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 216). No objections to the report were filed.

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Maughmer's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress (Doc. 83) is hereby DENIED.

**IT IS SO ORDERED**

Date: February 22, 2017         /s/ Greg Kays
                                GREG KAYS, CHIEF JUDGE
                                UNITED STATES DISTRICT COURT